

# Fourth Court of Appeals

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/22/2015 12:12:43 PM
KEITH E. HOTTLE
Clerk

## NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: **04-15-00344-CR**

Trial Court Style: **The State of Texas Vs. Juan Ruben Sanchez Cerda**

Trial Court No.: **14-CRS-372**

I am the official responsible for preparing the (clerk's record)/reporter's record [circle one] in the above-referenced appeal. The approximate date of trial was: April 22, 2015

The record was originally due: June 22, 2015

I anticipate the length of the record to be: Approximately one Volume.

I am unable to file the record by the date such record is due because [check one]:

☐ the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

☐ my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

_____

_____

☒ Other. Explain [attach additional pages if needed]: **Attorney has not filed the**

**Designation of Clerk's Record.**

I anticipate the record will be completed by: **As soon as Attorney files documentation.**

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed.

Date: 06/22/2015

Signature: _____

Printed Name: **Brendaly Guerrero**

Title: **Chief Deputy**

Rev. 1.8.14